IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 3:02CV256 |
| | ) | (Financial Litigation Unit) |
| PHILLIP GARY HORTON, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| SABCO RACING, INC., | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Writ of Garnishment filed in this case against the defendant Phillip Gary

Horton is DISMISSED.

**SO ORDERED**.

Signed: September 21, 2007

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge